AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JARRETT D. MYERS,

                Plaintiff,

**V.**

TREVOR A. KING,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  4:21-cv-278

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 2, 2022, Plaintiff's claims are dismissed, and

Plaintiff is denied leave to appeal in forma pauperis.  This case stands closed.

Approved by: _____

June 9, 2022
_____
Date

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020